```
LAWRENCE R. PHILLIPS, ESQ.
NEVADA BAR NO. 7138
DONALD C. KUDLER, ESQ.
NEVADA BAR NO. 5041
3202 WEST CHARLESTON BLVD.
LAS VEGAS, NV 89102
TEL (702) 878-8778
FAX (702 878-9350
EMAIL: LRPHILLIPSESQ@AOL.COM
EMAIL: DONALDKUDLER@CAPANDKUDLER.COM
ATTORNEYS FOR PLAINTIFF
HA B. LY
```

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HA B. LY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>　　　　Defendant | Case No.: 2:14-cv-00454-LDG-CWH<br><br>**HEARING DATE: 5/12/2015**<br>**TIME:        9:00 A.M.**<br><br>**STIPULATION AND PROPOSED ORDER TO RESET HEARING DATE ON MOTION TO STRIKE REYNOLD RIMOLDI** |

IT IS HEREBY STIPULATED by and between Plaintiff HA B. LY, by and through her attorneys, Lawrence R. Phillips, Esq. and Donald C. Kudler, Esq., and Defendant, COSTCO WHOLESALE CORPORATION, by and through its attorney, Sharon L. Nelson, Esq., to continue the hearing on Motion to Strike presently scheduled for May 12, 2015 at 9:00 a.m. to May 14, 2015 at the hour of 9:00 A.M.

///

1

**IT IS SO STIPULATED.**

Dated this 7th day of May, 2015.

LAWRENCE R. PHILLIPS

/s/Lawrence R. Phillips, Esq.
_____
Lawrence R. Phillips, Esq.
Nevada Bar No. 7138
Donald C. Kudler, Esq.
Nevada Bar No. 5041
3202 West Charleston Blvd.
Las Vegas, Nevada 89102
Tel: (702) 878-8778
Fax: (702) 878-9350
Lrphillipsesq@aol.com
donaldkudler@capandkudler.com
Attorneys for Plaintiff
HA B. LY

NELSON LAW

/s/Sharon L. Nelson, Esq.
_____
Sharon L. Nelson, Esq.
Nevada Bar No. 6433
8430 West Lake Mead
Suite 100
Las Vegas, Nevada 89128
Tel: (702) 247-4529
Fax: (702) 737-4529
snelson@nelsonlawlv.com
Attorney for Defendant
COSTCO WHOLESALE CORPORATION

**IT IS SO ORDERED.**

Dated this 11th day of May, 2015.

_____
UNITED STATES MAGISTRATE JUDGE

2