# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

HA B. LY,

        Plaintiff,

vs.

COSTCO WHOLESALE CORPORATION,

        Defendant.

Case No. 2:14-cv-00454-LDG-CWH

**ORDER**

On September 9, 2015, the Court ordered the parties to file a joint case status report on or before September 18, 2015. (Order (ECF No. 57).) Nothing has been filed by the parties in the record since the Court's Order dated September 9, 2015.

IT IS THEREFORE ORDERED that on or before October 5, 2015, the parties must show cause, in writing, why they failed to comply with the Court's Order (ECF No. 57). Failure to comply with this Order may result in a recommendation that sanctions be imposed.

DATED: September 23, 2015.

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**