1  KYM SAMUEL CUSHING
   Nevada Bar No. 4242
2  DOUGLAS M. ROWAN
   Nevada Bar No. 4736
3  **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**
   300 South Fourth Street, 11th Floor
4  Las Vegas, NV  89101
   (702) 727-1400; Fax:  (702) 727-1401
5  Kym.Cushing@wilsonelser.com
   douglas.rowan@wilsonelser.com
6  Attorneys for Defendant COSTCO WHOLESALE CORPORATION

7  UNITED STATES DISTRICT COURT

8  DISTRICT OF NEVADA

| | |
|---|---|
| 9  HA B. LY, an individual, | CASE NO.: 2:14-cv-00454-LDG-CWH |
| 10         Plaintiff, | |
| 11  v. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| 12  COSTCO WHOLESALE CORP., a foreign corporation; DOES I through XV, and ROE Corporations 1 through X, inclusive | |
| 14         Defendants. | |

15         Plaintiff HA B. LY, by and through her counsel of record DONALD C. KUDLER, ESQ., of
16  CAP & KUDLER, P.C., and Defendant COSTCO WHOLESALE CORPORATION, by and through
17  their counsel of record, KYM SAMUEL CUSHING, ESQ., of WILSON, ELSER, MOSKOWITZ,
18  . . .
19  . . .
20  . . .

945707v.1

1 | EDELMAN & DICKER LLP, hereby stipulate and agree to the dismissal of the above-captioned

2 | action, with prejudice, with each party to bear their own fees and costs.

3 | DATED this ___ day of September, 2016.   DATED this ___ day of ~~September~~ October, 2016.

4 | **WILSON, ELSER, MOSKOWITZ,**    **CAP & KUDLER, P.C.**
5 | **EDELMAN & DICKER LLP**

6 |
7 | BY: _____    BY: _____
    Kym Samuel Cushing, Esq.           Donald C. Kudler, Esq.
8 | Nevada Bar No. 4242                Nevada Bar No. 5041
    Douglas M. Rowan, Esq.             3202 W. Charleston Blvd.
9 | Nevada Bar No. 4736                Las Vegas, Nevada 89102
    300 South Fourth Street, 11th Floor   Attorney for Plaintiff
10 | Las Vegas, Nevada 89101            HA B. LY
    Attorneys for Defendant
11 | COSTCO WHOLESALE CORPORATION

12 |

13 | **ORDER**

14 | IT IS SO ORDERED.

15 | Dated this ___ day of ___October___, 2016.

16 |

17 | _____
    **UNITED STATES DISTRICT COURT JUDGE**
18 | LLOYD D. GEORGE

19 |
20 | Prepared and Respectfully Submitted by:

21 | **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**

22 | BY: _____
    Kym Samuel Cushing, Esq.,
23 | Nevada Bar No. 004242
    Douglas M. Rowan, Esq.,
24 | Nevada Bar No. 004736
    300 South Fourth Street, 11th Floor
25 | Las Vegas, Nevada 89101
    Attorneys for Defendant COSTCO WHOLESALE
26 | CORPORATION

27 |
28 |

945707v.1